## 11TH COURT OF APPEALS

### EASTLAND, TEXAS

### JUDGMENT

Ramon Perez,                                          * From the County Court at Law
                                                       No. 5 of Dallas County,
                                                       Trial Court No. cc-12-01963 E.

Vs. No. 11-13-00126-CV                               * July 11, 2013

Vincent Ragsdale,                                    * Per Curiam Memorandum Opinion
                                                       (Panel consists of: Wright, C.J.,
                                                       McCall, J., and Willson, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed.   Therefore, in accordance with this court's opinion, the appeal is dismissed.   The costs incurred by reason of this appeal are taxed against Ramon Perez.